CONSTANTINO FLORES  
Bankruptcy Trustee  
P.O. BOX 511  
PHOENIX, AZ  85001-0511  
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| PERRY, JOSEPH D. ) | CASE NO. 04-04179-PHX-JMM |
| PERRY, TERESA D. ) | |
| ) | |
| ) | APPLICATION FOR ORDER FOR |
| Debtor(s) ) | PAYMENT OF UNCLAIMED FUNDS |
| ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3010 | 01/14/2009 | Chandler Ready Mix, Inc.<br>1855 W. Baseline Rd. #201<br>Phoenix Az 85072-2589 | $848.69 |
| 3013 | 01/14/2009 | IMIX<br>2222 S. Dobson<br>Mesa Az 85202 | $1,544.52 |
| 3019 | 01/14/2009 | Robinson's-May<br>P.O. Box 66955<br>St. Louis, MO 63166 | $92.23 |
| | | **TOTAL** | $2,485.44 |

*August 25, 2009*                          */s/ Constantino Flores*  
   DATE                                           Constantino Flores, Trustee