UST-32A, 3-03

**THIS ORDER IS
APPROVED.**

**Dated: October 26, 2009**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PERRY, JOSEPH D. | ) | CASE NO. 04-04179-PHX-JMM |
| PERRY, TERESA D. | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $2,485.44 to the Clerk of the

Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.


_____          _____
        DATE                       JUDGE JAMES M. MARLAR
                                   UNITED STATES BANKRUPTCY JUDGE